District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA VASILEVNA PETRENKO,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW, *et al.,*<br><br>Defendants. | Case No. 2:26-cv-01381-RSL<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7(d)(2) and 10(g), hereby jointly stipulate and move to extend the deadline for Defendants' Answer until September 4, 2026. Plaintiff brought this litigation pursuant to the Immigration and Nationality Act and Administrative Procedure Act seeking, inter alia, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on July 6, 2026. USCIS is actively reviewing Plaintiff's application but will not be able to complete adjudication before the Defendants' response is due. If USCIS is able to adjudicate before Defendants must respond, the parties may be able to resolve this matter administratively.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties request that the Court extend Defendants' deadline to file their Answer to September 4, 2026. The Defendants will file their Answer on or before September 4, 2026.

DATED this 6th day of July, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorney for Defendants*

RUSANOVA LAW OFFICE

*s/ Irina Rusanova*
IRINA RUSANOVA, WSBA No. 59403
22725 44th Avenue W, Ste 204
Mountlake Terrace, WA 98043
Phone: 206-466-3909
Email: rusanovalawoffice@gmail.com

*Attorney for Plaintiff*

I certify that this memorandum contains 161 words, in compliance with Local Civil Rules

**ORDER**

It is hereby ORDERED that the Parties' motion is GRANTED. The new deadline for Defendants' Answer to Plaintiff's Complaint is September 4, 2026.

DATED this 7th day of July, 2026.



ROBERT S. LASNIK
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970